UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------

ALEXANDER DOMBROWSKI,

                           Plaintiff,

    -v-                                                   1:18-CV-1217

PAUL CZAJKA, District Attorney of Columbia County, New York; JAMES CARLUCCI, Chief Assistant District Attorney of Columbia County, New York; PAMELA J. JOERN, Assistant District Attorney of Columbia County, New York; OFFICE OF THE DISTRICT ATTORNEY OF COLUMBIA COUNTY, NEW YORK; DAVID P. BARTLETT, Sheriff of Columbia County, New York; JOSEPH KILMER, Deputy Sheriff of Columbia County, New York; MARK DUNSPAUGH, Senior Investigator, Office of the Sheriff of Columbia County, New York; OFFICE OF THE SHERIFF OF COLUMBIA COUNTY, NEW YORK; and COUNTY OF COLUMBIA, NEW YORK,

                           Defendants.

--------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| THE BERKMAN LAW OFFICE, LLC<br>Attorneys for Plaintiff<br>111 Livingston Street<br>Brooklyn, NY 11230 | ROBERT J. TOLCHIN, ESQ. |
| MURPHY BURNS LLP<br>Attorneys for Defendants<br>407 Albany Shaker Road<br>Loundonville, NY 12211 | THOMAS K. MURPHY, ESQ. |

DAVID N. HURD
United States District Judge

**ORDER**

Plaintiff Alexander Dombrowski brought suit against defendants Paul Czajka, James Carlucci, Pamela J. Joern, Office of the District Attorney of Columbia County, New York, David P. Bartlett, Joseph Kilmer, Mark Dunspaugh, Office of the Sheriff of Columbia County, New York, and County of Columbia, New York. All defendants except defendant Mark Dunspaugh moved to dismiss the complaint. Plaintiff cross-moved to amend. Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 31, 2019, in Utica, New York, it is hereby

ORDERED that

1. Plaintiff's cross-motion to amend is GRANTED;

2. Defendants' motion to dismiss is GRANTED;

3. Defendants Paul Czajka, James Carlucci, Pamela J. Joern, Office of the District Attorney of Columbia County, New York, David P. Bartlett, Joseph Kilmer, Office of the Sheriff of Columbia County, New York, and County of Columbia, New York are DISMISSED;

4. Plaintiff is directed to file and serve the amended complaint within 10 days; and

5. Defendant Dunspaugh shall file an answer to the amended complaint within 10 days after service of the amended complaint.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 31, 2019
 Utica, New York.